```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

J & J SPORTS PRODUCTIONS, INC.,    :
                                   :    CIVIL ACTION
     Plaintiff,                    :    NO. 16-2725
                                   :
     v.                            :
                                   :
CHARLES A. HACKETT, et al.,        :
                                   :
     Defendants.                   :

# O R D E R

**AND NOW**, this **6th** day of **September, 2017,** upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 28), Defendants' Response to Plaintiff's Motion for Summary Judgment (ECF No. 29), and Plaintiff's Reply Brief in Support of Motion for Summary Judgment (ECF No. 36), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 28) is **GRANTED** and judgment is entered in favor of Plaintiff and against both Defendants.

The Clerk of Court shall mark the case as **CLOSED.**

**AND IT IS SO ORDERED.**

                                  **/s/ Eduardo C. Robreno**
                                  **EDUARDO C. ROBRENO,    J.**